# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**GABRIEL GRIFFIN,**
**VALERIE THAMES,**
**PETER GRIFFIN,**
**APRIL GRIFFIN,**
**ADAM GRIFFIN,**
**INEZ GRIFFIN,**
**RG and HR,**

Plaintiffs,

V.                                    CASE NUMBER: **06-C-203**

**STATE OF WISCONSIN,**
**JIM DOYLE,**
**PEGGY LAUTENSCHLAGER,**
**CITY OF MILWAUKEE POLICE CHIEF,**
**MILWAUKEE POLICE DEPARTMENT,**
**MILWAUKEE COUNTY CIRCUIT COURTS,**
**KITTY BRENNAN,**
**JEFFREY CONEN,**
**FRANK LISKA,**
**BENBOW CHEESEMAN,**
**ZACH WHITNEY,**
**WILLIAM GARDNER,**
**CLARE FIORENZA,**
**JUDGE GRAMBLING,**
**RONALD DAGUE,**
**CHRIS MANNEY,**
**ALLEN GROSCZYK,**
**KRISTEN FELSMAN,**
**MIGUEL CORREA,**
**DENNIS GARDNER,**
**HAROLD YOUNG,**
**OFFICER NITTER,**
**OFFICER WASHINGTON,**
**OFFICER MARKOWSKI,**
**OFFICER MOORE, and**
**OFFICER JOHN DOES,**

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the motion of defendants City of Milwaukee, Mayor Tom Barrett and Assistant City Attorney Kurt Behling to dismiss pursuant to Rule 12(b)(2) and (4) because they were not served with a summons is GRANTED.**

**Every other defendant is DISMISSED from this action for lack of service.**

**The plaintiffs' motion for default judgment is DENIED.**

**The plaintiffs' motion for judicial recusal is DENIED.**

**The defendants' motion for judgment on the pleadings is DENIED as moot.**

**The defendants' motion to dismiss is DENIED as moot.**

**This action is hereby DISMISSED.**

| | |
|---|---|
| **February 15, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |

 s/ Linda M. Zik
(By) Deputy Clerk